UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-23105-CIV-SANCHEZ

ANA CLAYVILLE, as Personal
Representative of the ESTATE OF
CODY CLAYVILLE, for the use and
benefit of the ESTATE OF CODY
CLAYVILLE, ANA CLAYVILLE,
individually, and BEAU CLAYVILLE,
individually,

    Plaintiffs,

v.

BOSS GROUP MINISTRIES, INC.,
and DA BLAZE MEDIA GROUP LLC,

    Defendants.
_____/

## PLAINTIFF'S MOTION TO REMAND AND FOR CASE REASSIGNMENT

COMES NOW, Plaintiff, ANA CLAYVILLE, as Personal Representative of the ESTATE OF CODY CLAYVILLE, for the use and benefit of the ESTATE OF CODY CLAYVILLE, ANA CLAYVILLE, individually, and BEAU CLAYVILLE, individually, by and through the undersigned counsel hereby files this Motion to Remand and For Case Reassignment and further states as follows:

1. On July 14, 2025, this Court entered an Order Regarding the Magistrate Consent Jurisdiction and Opt-Out Procedure. *See Order attached hereto as* **Exhibit A.**

2. That this matter is currently being litigated in the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2023-007767-CA-01 (CA30).

3. This case involves a negligence claim against the Defendants, BOSS GROUP MINISTRIES, INC. and DA BLAZE MEDIA GROUP LLC, based on Defendants' failure to provide protection, security, and reasonable safety on the above referenced location, and otherwise to protect invitees on said premises and guard against criminal activities

4. Based on the facts and circumstances surrounding this matter, the United States District Court in the Southern District of Florida does not have jurisdiction over the instant claim.

5. No federal question or complete diversity exists that would warrant removal to this Court.

6. As such, Plaintiff hereby objects to the aforementioned Order and requests that this case be remanded and reassigned to 11th Judicial Circuit in and for Miami-Dade County, Florida.

7. That Plaintiff will be prejudiced should this Motion not be granted.

WHEREFORE, Plaintiff, ANA CLAYVILLE, as Personal Representative of the ESTATE OF CODY CLAYVILLE, for the use and benefit of the ESTATE OF CODY CLAYVILLE, ANA CLAYVILLE, individually, and BEAU CLAYVILLE, individually, respectfully request that this Court enter an Order Remanding this matter to 11th Judicial Circuit in and for Miami-Dade County, Florida, (Case No. 2023-007767-CA-01 (CA30)) along with all other relief this Court deems just and proper.

## CERTIFICATE OF CONFERRAL

That on July 23, 2025, prior to filing this motion, the undersigned counsel certifies that I attempted to discuss the relief requested in this motion via telephone with Defense counsel, Nashid Sabir, Esq. to no avail.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Florida Court's E-Filing Portal, and furnished by email to: **Nashid Sabir, Esq.**

(nashidlaw@gmail.com) *Counsel for Defendant, Boss Group Ministries, Inc.*, 20401 NW 2nd Avenue, Ste. 300-E, Miami, FL 33169; on this **24th** day of **July, 2025.**

        **FRIEDMAN, RODMAN, FRANK & ESTRADA P.A.**
        *Attorneys for Plaintiffs*
        3636 West Flagler Street
        Miami, Florida 33135
        P. (305) 448-8585 / F. (305) 448-9818
        E-Service: pleadings@frflawgroup.com
        ronrod@frflawgroup.com
        patrick@frflawgroup.com
        gsanchez@frflawgroup.com
        awunders@frflawgroup.com

BY: */s/Ronald D. Rodman*
    RONALD D. RODMAN, ESQ.
    Florida Bar No.: 664332
    PATRICK MCCAIN, ESQ.
    Florida Bar No.: 1041092

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-23105-CIV-SANCHEZ

ANA CLAYVILLE, *et al.*,

    Plaintiffs,

v.

BOSS GROUP MINISTRIES, INC., *et al.*,

    Defendants.[1]

_____/

**ORDER REGARDING MAGISTRATE CONSENT JURISDICTION AND OPT-OUT PROCEDURE**

Pursuant to Administrative Order 2025-11, the undersigned United States Magistrate Judge has been assigned as the presiding judge for all purposes in this case, including entering a dispositive order, presiding over any trial, and entering a final judgment. The Administrative Order permits any party to object and "opt out [of Magistrate Judge jurisdiction] by filing a motion for case reassignment within the deadline given to the parties by the assigned Magistrate Judge."

Any party is free to object and opt out of Magistrate Judge jurisdiction without any adverse consequences whatsoever. If any party does opt out of Magistrate Judge jurisdiction by filing a motion for case reassignment, then a United States District Judge will be assigned to preside over this case (including any trial) and enter any dispositive order and final judgment. Under such circumstances, the undersigned United States Magistrate Judge would remain on the case and would enter any orders and/or report and recommendations on any matters referred by the District

---

[1] The Court recognizes that the notice of removal that initiated this case, *see* ECF No. 1, bears a different case style than the case style that appears on this Order. This case, however, is in federal court due to the filing by nominal parties Maurice Symonette and Mack Wells of a notice of removal in the underlying state circuit court case, more specifically, Case No. 2023-007767-CA01 in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. ECF No. 1. Although Messrs. Symonette and Wells are not parties in that underlying state court case, the Court utilizes the case style from that state court case because a notice of removal transfers a case from state court to federal court but does not alter the nature of the case, the parties in the case, or which parties are plaintiffs and which parties are defendants.

Judge. An appeal from a judgment entered by a District Judge is taken to the Eleventh Circuit.

In accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties may waive their right to proceed before a U.S. District Judge of this Court and voluntarily consent to have a U.S. Magistrate Judge conduct any or all proceedings in this case and to order the entry of a final judgment. If the parties consent to have this case handled by a U.S. Magistrate Judge, then the undersigned would enter all orders, preside over any trial, and render a final decision and judgment in due course. Any appeal of a judgment in such circumstances would be taken directly to the Eleventh Circuit Court of Appeals.

In light of the foregoing, it is hereby **ORDERED** as follows:

1. **On or before July 24, 2025**, the parties[2] shall confer **in person, via telephone, or via Zoom (or equivalent conferencing communication platform)** regarding the option of Magistrate Judge jurisdiction.

2. After conferring, and **on or before July 24, 2025**, counsel for the **Defendants** shall file either:

   a. a Joint Motion for Case Reassignment to a District Judge, if any party objects to Magistrate Judge jurisdiction;[3] or

   b. a Joint Notice of Consent to Magistrate Judge Jurisdiction, if, in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties agree to waive their right to proceed before a United States District Judge of this Court and voluntarily consent to have a United States Magistrate Judge conduct any and all proceedings in this case and to enter any dispositive orders and final judgment.[4]

---

[2] For purposes of conferring and either objecting or consenting to magistrate judge jurisdiction, Messrs. Symonette and Wells are to be treated as nominal parties due to their filing of the notice of removal that initiated these proceedings. The parties are reminded that corporate entities may not appear *pro se* and must be represented by counsel. *See, e.g.*, *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

[3] The motion does not need to be supported by a memorandum of law and does not require a Local Rule 7.1 conferral certification. If it so chooses, any party may also file a unilateral Motion for Case Reassignment to a District Judge before July 24, 2025.

[4] A sample consent form is available at: https://www.flsd.uscourts.gov/sites/flsd/files/forms/Consent to Proceed before a United States Magistrate Judge_0.pdf.

**If no party objects by July 24, 2025,** to Magistrate Judge jurisdiction, then this case shall proceed in full before the undersigned United States Magistrate Judge for all purposes including any trial, entering any dispositive order, and, if appropriate, a final judgment.

A party's continued filing of documents in the case, without first filing a timely motion for case reassignment, shall be deemed as consent by that party to Magistrate Judge jurisdiction over all aspects of the litigation, including any trial and the entry of a dispositive order and final judgment. *See Roell v. Withrow*, 538 U.S. 580, 591 (2003) (a party's consent to the Magistrate Judge's jurisdiction under § 636(c) is supplied by a "general appearance[] before the Magistrate Judge, after they ha[ve] been told of their right to be tried by a district judge").

**DONE AND ORDERED** in Chambers in Miami, Florida, this 14th day of July 2025.

_____
EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

cc:  Eve A. Cann, Esq.
Spencer D. Leach, Esq.
Baker Donelson
200 E Broward Blvd Ste 2000
Fort Lauderdale, FL 33301-1927
Email: ecann@bakerdonelson.com
Email: sleach@bakerdonelson.com
(via Email and U.S. Mail)

Ronald D. Rodman, Esq.
Patrick McCain, Esq.
Friedman, Rodman, Frank & Estrada
3636 W Flagler St.
Miami, FL 33135
Email: pleadings@frflawgroup.com
Email: ronrod@frflawgroup.com
Email: patrick@frflawgroup.com
Email: gsanchez@frflawgroup.com
(via Email and U.S. Mail)

Nashid Sabir, Esq.
20401 NW 2nd Avenue, Suite 203
Miami, FL 33169
Email: nashidlaw@gmail.com
Email: nashidlaw@bellsouth.net
(via Email and U.S. Mail)

Maurice Symonette & Mack Wells, *pro se*
15020 S. River Dr.
Miami, FL 33167
(via U.S. Mail)